| | | | |
|---|---|---|---|
| DATE: | 7-10-2013 | CASE NUMBER: | 6:13cr59-(1) |
| LOCATION: | Tyler | | |
| JUDGE: | JUDITH K. GUTHRIE | USA   VS.   RICKY EVANS | |
| DEP. CLERK: | Lisa Hardwick | | |
| RPTR/ECRO: | Lisa Hardwick | Jim Noble | Ken Hawk (for this hearing. Wayne Dickey will be counsel of record) |
| USPO: | Mike Thomas | | |
| INTERPRETER: | -------------------- | | |
| TIME START: | 2:35 p.m. | | |
| TIME END: | 3:03 p.m. | | |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| X | Initial Appearance called | X | Initial Appearance held |
| X | Defendant appears with counsel | | Dft appears without counsel |
| X | Date of Arrest: 7-10-2013 | X | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Df advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
| X | Dft request appointed counsel, is sworn & examined re: financial status | X | Court finds Dft eligible and appoints: Federal Public Defender |
| X | Gvt did not move Detention | | Gvt Oral Motion for Continuance of Detention hearing |
| X | Order of Conditions of Release | X | Bond: Personal Recognizance Bond |
| | Waiver of Detention | | |
| | Order of Temporary Detention | | Detention Hearing set for: |
| | Order of Detention | | Arraignment Hearing set for: |
| | Dft remanded to the custody of the US Marshal | X | Dft released on bond |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| | Arraignment waived in open court | X | Arraignment held on Indictment: All counts |
| X | Dft placed under oath | X | Dft physically/mentally ready |
| X | Dft received copy of charges | X | Dft discussed charges with counsel |
| | Charges read | X | Dft waived reading of charges |
| X | No pressure to plead | | |
| X | Dft enters a not guilty plea to all counts | | |
| X | Discovery orders entered | X | Jury selection and trial set: 9-4-2013 at 9:00 a.m. |
| | Dft remanded to the custody of the USM | X | Dft released on bond |