IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA §
§
§
vs. § CASE NO. 6:13cr59-(1)
§
RICKY EVANS

## ORDER APPOINTING COUNSEL PURSUANT TO THE
## CRIMINAL JUSTICE ACT

The Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

✓  The Federal Public Defender is appointed as counsel for Defendant.

_____ _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

_____ The Court determines that Defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

_____ The Court determined Defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment which Defendant should be required to pay toward his defense.

### TYPE OF APPOINTMENT

| | | | |
|---|---|---|---|
| ✓ | Through trial and <u>notice</u> of appeal. | _____ | Probation/Supervised Release Violation |
| _____ | All purposes including trial and appeal | _____ | Material/Grand Jury Witness |
| _____ | Initial appearance and bond only | _____ | Parole Violation |
| _____ | Appeal purposes only | _____ | Mental Hearing (18 U.S.C. § 313) |
| _____ | Habeas corpus | _____ | Rule 5(c) Proceedings in this District |

_____ Defendant is not eligible for appointment of counsel under 18 USC § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose

It is SO ORDERED.

SIGNED this 10th day of July, 2013.

JUDITH K. GUTHRIE
US MAGISTRATE JUDGE