**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NUMBER: 6:13cr59-(1) |
| RICKY EVANS | § | |

**O R D E R**

This case is set for a Pretrial Conference and Jury Selection and Trial  on **September 4, 2013 at 9:00 a.m.**   before United States District Judge Leonard Davis  in Tyler, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the  Court of any plea bargain or plea agreement entered into by the parties in this cause is **August 26, 2013, at 3:00 p.m.**  No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

SIGNED this _10th_ day of July, 2013.

JUDITH K. GUTHRIE
US MAGISTRATE JUDGE